USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dupree,

              Plaintiff,

     –v–

Commissioner of Social Security,

             Defendant.

18-cv-7569 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On May 6, 2021, the Court referred Plaintiff's motion for attorney's fees (Dkt. No. 27) to Magistrate Judge Fox as a dispositive motion requiring a report and recommendation. Dkt. No. 32. On September 15, 2021, Judge Fox issued a Memorandum and Order granting Plaintiff's motion. Dkt. No. 33.

    The Court finds that in the interest of judicial administration, Judge Fox's Memorandum and Order dated September 15, 2021, shall be converted into a report and recommendation. Thus, the parties are hereby ordered, within 14 days, to file and serve any specific, written objections to Judge Fox's recommendation to grant Plaintiff's motion for attorney's fees. *See* Fed. R. Civ. P. 72(b). To the extent that either party objects to this report and recommendation, the Court will review the matter de novo. *See, e.g.*, *Hamptons Locations, Inc. v. Rubens*, 2013 WL 6234636, 01-cv-5477 (DRH) (WDW), at *1 (E.D.N.Y. Dec. 2, 2013).

    The Court requests that the parties file any objections to this Report and Recommendation, and serve a copy of such objections upon Plaintiff, within 14 days of the date of the instant Order. The time frame for service and filing shall be subject to any additional periods of time permitted under Federal Rule of Civil Procedure 6.

SO ORDERED.

Dated: February 1, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge